(72 South. 805)

No. 22166.

## STATE v. HAWTHORN.

(Oct. 16, 1916.)

*(Syllabus by the Court.)*

CRIMINAL LAW ⬥1114(1)—APPEAL—REVIEW
—SCOPE AND EXTENT.

In criminal cases mere reservations of bills of exception have no legal effect. Where the record contains no bills of exception, or assignment of errors, and no suggestion, in any form, of error patent on the face of the record, has been made before the appellate tribunal, there is nothing before the court to be reviewed.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. § 2918; Dec. Dig. ⬥1114(1).]

Appeal from Thirtieth Judicial District Court, Parish of La Salle; George Wear, Sr., Judge.

Sim Hawthorn was convicted of lying in wait with intent to murder, and appeals. Affirmed.

C. W. Flowers, F. E. Jones, and Perrin & Perrin, all of Jena, for appellant. A. V. Coco, Atty. Gen., and S. L. Richey, Dist. Atty., of Jena (Vernon A. Coco, of Marksville, of counsel), for the State.

LAND, J. The defendant was tried and found guilty of the crime of lying in wait with intent to murder, and was sentenced to imprisonment in the state penitentiary for the term of 18 months.

Defendant appealed, but has made no appearance in this court by counsel or otherwise.

We find in the record several reservations of bills of exception, but none were written out and signed by the trial judge. Unsigned bills of exception are in legal contemplation no bills at all. State v. Miller, 138 La. 373, 70 South. 330.

The record contains no assignment of error, and no suggestion of error in any form has been made in this court. Hence there is nothing before this court to be reviewed. 138 La. 375, 70 South. 330.

Judgment affirmed.